# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10 CV 172

| | |
|---|---|
| SYNOVUS BANK, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| JAMES G. KARP, et al., ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the court on W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* of T. William McGee, III.  It appearing that T. William McGee, III is a member in good standing with the South Carolina State Bar and will be appearing with W. Carleton Metcalf, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that W. Carleton Metcalf's Application for Admission to Practice *Pro Hac Vice* (#63) of T. William McGee, III is **GRANTED**, and that T. William McGee, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with W. Carleton Metcalf.

Signed: February 6, 2013

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge