IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 172

| | | |
|---|---|---|
| SYNOVUS BANK, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| JAMES G. KARP, et al., | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Edward J. Bleynat, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Aaron Samuel Book.  It appearing that Aaron Samuel Book is a member in good standing with the Virginia State Bar and will be appearing with Edward J. Bleynat, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Edward J. Bleynat, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#70) of Aaron Samuel Book

is **GRANTED**, and that Aaron Samuel Book is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Edward J. Bleynat, Jr.

Signed: May 28, 2013

Dennis L. Howell
United States Magistrate Judge