THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00172-MR-DLH

| | | |
|---|---|---|
| SYNOVUS BANK, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | Civil No. 1:10cv172 | |
| ) | | |
| JAMES G. KARP, G. DANIEL ) | | |
| SIEGEL, and THE KARP FAMILY ) | | |
| LIMITED PARTNERSHIP, ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |
| ) | | |
| SYNOVUS BANK, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | Civil No. 1:10cv201 | |
| ) | | |
| BARRON S. WALL, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |
| ) | | |
| SYNOVUS BANK, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | Civil No. 1:10cv202 | |
| ) | | |
| KEVIN J. TRACY, ) | | |
| ) | | |
| Defendant. ) | | |
| _____ ) | | |

| | |
|---|---|
| NATIONAL BANK OF SOUTH CAROLINA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY J. BARBIERI,<br><br>        Defendant. | Civil No. 1:10cv215 |
| NATIONAL BANK OF SOUTH CAROLINA,<br><br>        Plaintiff,<br><br>vs.<br><br>3GMA REALTY, LLC, and GERALD ABATEMARCO,<br><br>        Defendants. | Civil No. 1:10cv217 |
| SYNOVUS BANK,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGORY S. KEARY,<br><br>        Defendant. | Civil No. 1:10cv218 |
| NATIONAL BANK OF SOUTH CAROLINA,<br><br>        Plaintiff, | |

|                              |   |                     |
|------------------------------|---|---------------------|
| vs.                          | ) | Civil No. 1:10cv220 |
| **BENJAMIN W. ATKINSON** and **DANIEL S. HINKSON**, | ) | |
| Defendants.                  | ) | |
| **NATIONAL BANK OF SOUTH CAROLINA**, | ) | |
| Plaintiff,                   | ) | |
| vs.                          | ) | Civil No. 1:10cv221 |
| **KATHERINE H. WILLIAMS**,   | ) | |
| Defendant.                   | ) | |
| **SYNOVUS BANK**,            | ) | |
| Plaintiff,                   | ) | |
| vs.                          | ) | Civil No. 1:10cv231 |
| **PATRICIA M. TRACY**,       | ) | |
| Defendant.                   | ) | |

## O R D E R

**THIS MATTER** is before the Court *sua sponte.*

Upon request of the parties, the Court hereby amends the Pretrial Order and Case Management Plan in order to allow the parties to file one

(1) master brief and case-specific briefs in connection with any dispositive motions that will be filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that Section III of the Pretrial Order and Case Management Plan [Doc. 59] is hereby **AMENDED** so as to allow any party submitting a dispositive motion, such as a motion for summary judgment, to file a master brief or memorandum, not to exceed **twenty-five (25) pages**, setting forth the issues of fact and questions of law applicable to all claims for which relief is sought. An additional case-specific brief, not to exceed **five (5) pages**, may be filed in each individual case addressing issues of fact and questions of law unique to that case. Any party responding to a dispositive motion may file a master brief, not to exceed **twenty-five (25) pages**, and an additional case-specific response brief, not to exceed **five (5) pages**.

**IT IS SO ORDERED.**   Signed: June 20, 2013

Martin Reidinger
United States District Judge