```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                      ASHEVILLE DIVISION


SYNOVUS BANK,                        )
                                     )
         Plaintiff,                  )
                                     )
v.                                   )      Civil No. 1:10-cv-172
                                     )
JAMES G. KARP, G. DANIEL SIEGEL,     )
and THE KARP FAMILY LIMITED          )
PARTNERSHIP,                         )
                                     )
         Defendants.                 )
                                     )
_____)
                                     )
SYNOVUS BANK,                        )
                                     )
         Plaintiff,                  )
                                     )
v.                                   )      Civil No. 1:10-cv-201
                                     )
BARRON S. WALL,                      )
                                     )
         Defendant.                  )
                                     )
_____)
                                     )
NATIONAL BANK OF SOUTH               )
CAROLINA,                            )
                                     )
         Plaintiff,                  )
                                     )
v.                                   )      Civil No. 1:10-cv-202
                                     )
KEVIN J. TRACY,                      )
                                     )
         Defendant.                  )
                                     )
_____)
```

| | | |
|---|---|---|
| NATIONAL BANK OF SOUTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:10-cv-215 |
| ANTHONY J. BARBIERI, | ) ) ) | |
| Defendant. | ) ) | |
| NATIONAL BANK OF SOUTH CAROLINA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:10-cv-217 |
| 3GMA REALTY, LLC; and GERALD M. ABATEMARCO, | ) ) ) | |
| Defendants. | ) ) | |
| SYNOVUS BANK, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:10-cv-218 |
| GREGORY S. KEARY, | ) ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| NATIONAL BANK OF SOUTH CAROLINA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BENJAMIN W. ATKINSON; and )<br>DANIEL S. HINKSON, )<br>)<br>Defendants. ) | Civil No. 1:10-cv-220 |
| NATIONAL BANK OF SOUTH CAROLINA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KATHERINE H. WILLIAMS, )<br>)<br>Defendant. ) | Civil No. 1:10-cv-221 |
| SYNOVUS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA M. TRACY, )<br>)<br>Defendant. ) | Civil No. 1:10-cv-231 |

Previously, the Court granted the Motion to Compel filed by Plaintiff. In addition, the Court awarded Plaintiff its reasonable costs, including attorneys' fees in bringing the motion. The Court directed Plaintiff to file an affidavit and supporting documents setting forth their attorneys' fees within ten (10) days of the entry of the Order. The Court provided

Defendants with five (5) days to object to the amount of the fees. Subsequently, Defendants agreed to pay Plaintiffs $2000.00 in attorneys' fees and not to appeal the Court's Order to the District Court. Upon a review of the record in this case, the Court finds that the stipulation as to the amount of costs reached by the parties is reasonable. Because the parties have resolved the award of attorneys' fees on their own, no further Order from the Court is necessary.

Signed: August 14, 2013

Dennis L. Howell
United States Magistrate Judge