# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| SYNOVUS BANK, )<br>)<br>               Plaintiff, )<br>)<br>   vs. )<br>)<br>JAMES G. KARP, G. DANIEL )<br>SIEGEL, and THE KARP FAMILY )<br>LIMITED PARTNERSHIP, )<br>)<br>               Defendants. )<br>_____ )<br>)<br>SYNOVUS BANK, )<br>)<br>               Plaintiff, )<br>)<br>   vs. )<br>)<br>BARRON S. WALL, )<br>)<br>               Defendant. )<br>_____ )<br>)<br>SYNOVUS BANK, )<br>)<br>               Plaintiff, )<br>)<br>   vs. )<br>)<br>KEVIN J. TRACY, )<br>)<br>               Defendant. )<br>_____ ) | Civil No. 1:10cv172<br><br><br><br><br><br>Civil No. 1:10cv201<br><br><br><br><br><br>Civil No. 1:10cv202 |

| | |
|---|---|
| NATIONAL BANK OF SOUTH CAROLINA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil No. 1:10cv215<br>) |
| ANTHONY J. BARBIERI, | )<br>)<br>) |
| Defendant. | )<br>) |
| NATIONAL BANK OF SOUTH CAROLINA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil No. 1:10cv217<br>) |
| 3GMA REALTY, LLC, and GERALD ABATEMARCO, | )<br>)<br>) |
| Defendants. | )<br>) |
| SYNOVUS BANK, | ) |
| Plaintiff, | )<br>) |
| vs. | ) Civil No. 1:10cv218<br>) |
| GREGORY S. KEARY, | )<br>)<br>) |
| Defendant. | )<br>) |

| | | |
|---|---|---|
| **NATIONAL BANK OF SOUTH CAROLINA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv220 |
| | ) | |
| **BENJAMIN W. ATKINSON and DANIEL S. HINKSON,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| **NATIONAL BANK OF SOUTH CAROLINA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv221 |
| | ) | |
| **KATHERINE H. WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| **SYNOVUS BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv231 |
| | ) | |
| **PATRICIA M. TRACY,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order entered contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that Plaintiff Synovus Bank's Motion for Summary Judgment [Doc. 83] is **GRANTED**, and the Plaintiff is entitled to judgment against the following Borrowers as follows:

(1) The Plaintiff is hereby awarded against the Defendant Barron S. Wall the sum of Five Hundred and Fourteen Thousand Three Hundred and Thirty-Four Dollars and One Cent ($514,334.01), together with prejudgment interest of Fifteen Thousand Three Hundred and Forty Two Dollars and Ninety Cents ($15,342.90), calculated at a rate of $77.10 per diem from and after July 1, 2013 through the date of Judgment;

(2) The Plaintiff is hereby awarded against the Defendant Kevin J. Tracy the sum of Three Hundred and Ninety Thousand Eight Hundred and Seventy-Seven Dollars and Thirty-Seven Cents ($390,877.37), together with prejudgment interest of Eleven Thousand Four Hundred and Two Dollars and Seventy Cents ($11,402.70), calculated at a

rate of $57.30 per diem from and after July 1, 2013 through the date of Judgment;

(3) The Plaintiff is hereby awarded against the Defendant Anthony J. Barbieri the sum of Three Hundred and Ninety-One Thousand Two Hundred and Ninety-Two Dollars and Sixteen Cents ($391,292.16), together with prejudgment interest of Eleven Thousand and Fifty-Six Dollars and Forty-Four Cents ($11,056.44), calculated at a rate of $55.56 per diem from and after July 1, 2013 through the date of Judgment; and

(4) The Plaintiff is hereby awarded against the Defendant Patricia M. Tracy the sum of Three Hundred and Fifty-Three Thousand Six Hundred and Four Dollars and Thirty-Three Cents ($353,604.33), together with prejudgment interest of Six Thousand Eight Hundred and Three Dollars and Eighty-One Cents ($6,803.81), calculated at a rate of Thirty-Four Dollars and Nineteen Cents ($34.19) per diem from and after July 1, 2013 through the date of Judgment.

**IT IS SO ORDERED.**   Signed: January 17, 2014

Martin Reidinger
United States District Judge