# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv172 |
| | ) | |
| JAMES G. KARP, G. DANIEL | ) | |
| SIEGEL, and THE KARP FAMILY | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv201 |
| | ) | |
| BARRON S. WALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv202 |
| | ) | |
| KEVIN J. TRACY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| NATIONAL BANK OF SOUTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. 1:10cv215 |
| ANTHONY J. BARBIERI, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |
| NATIONAL BANK OF SOUTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. 1:10cv217 |
| 3GMA REALTY, LLC, and GERALD ABATEMARCO, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| SYNOVUS BANK, Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil No. 1:10cv218 |
| GREGORY S. KEARY, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

2

| | |
|---|---|
| NATIONAL BANK OF SOUTH CAROLINA, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil No. 1:10cv220 |
| | ) |
| BENJAMIN W. ATKINSON and DANIEL S. HINKSON, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| NATIONAL BANK OF SOUTH CAROLINA, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil No. 1:10cv221 |
| | ) |
| KATHERINE H. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| SYNOVUS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil No. 1:10cv231 |
| | ) |
| PATRICIA M. TRACY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

# **O R D E R**

**THIS MATTER** is before the Court on the parties' Stipulation as to Award of Attorneys' Fees [Doc. 147].

In light of the parties' stipulation, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Judgment [Doc. 144] is hereby **AMENDED** to include an award of attorneys' fees to the Plaintiff Synovus Bank with respect to Defendants Barron S. Wall ("Wall") (Civil Case No. 1:10-cv-00201-MR-DLH), Kevin J. Tracy ("Kevin Tracy") (Civil Case No. 1:10-cv-00202-MR-DLH), Anthony J. Barbieri ("Barbieri") (Civil No. 1:10-cv-215), and Patricia M. Tracy ("Patricia Tracy") (Civil Case No. 1:10-cv-00231-MR-DLH) as follows:

(1)     Synovus Bank is hereby awarded against Wall the amount of Forty Thousand Four Hundred and Ninety-One Dollars ($40,491.00);

(2)     Synovus Bank is hereby awarded against Kevin Tracy the amount of Thirty One Thousand Four Hundred and Ninety-One Dollars ($31,491.00);

(3)     Synovus Bank is hereby awarded against Barbieri the amount of Thirty Thousand Nine Hundred and Fifty-Eight Dollars and Fifteen Cents ($30,958.15); and

(4)    Synovus Bank is hereby awarded against Patricia Tracy the amount of Thirty One Thousand Two Hundred Dollars ($31,200.00).

**IT IS SO ORDERED.**    Signed: February 24, 2014

Martin Reidinger
United States District Judge