# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv172 |
| | ) | |
| JAMES G. KARP, G. DANIEL | ) | |
| SIEGEL, and THE KARP FAMILY | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv201 |
| | ) | |
| BARRON S. WALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 1:10cv202 |
| | ) | |
| KEVIN J. TRACY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| NATIONAL BANK OF SOUTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. 1:10cv215 |
| ANTHONY J. BARBIERI, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| NATIONAL BANK OF SOUTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. 1:10cv217 |
| 3GMA REALTY, LLC, and GERALD ABATEMARCO, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| SYNOVUS BANK, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No. 1:10cv218 |
| GREGORY S. KEARY, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

| | |
|---|---|
| NATIONAL BANK OF SOUTH CAROLINA,<br><br>                          **Plaintiff,**<br><br>             **vs.**<br><br>**BENJAMIN W. ATKINSON and DANIEL S. HINKSON,**<br><br>                        **Defendants.**<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil No. 1:10cv220<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| NATIONAL BANK OF SOUTH CAROLINA,<br><br>                          **Plaintiff,**<br><br>             **vs.**<br><br>**KATHERINE H. WILLIAMS,**<br><br>                        **Defendant.**<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil No. 1:10cv221<br>)<br>)<br>)<br>)<br>)<br>) |
| SYNOVUS BANK,<br><br>                          **Plaintiff,**<br><br>              **vs.**<br><br>**PATRICIA M. TRACY,**<br><br>                        **Defendant.**<br>_____ | )<br>)<br>)<br>)<br>)<br>)    Civil No. 1:10cv231<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED JUDGMENT

For the reasons set forth in the Memorandum of Decision and Order entered contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that Plaintiff Synovus Bank's Motion for Summary Judgment [Doc. 83] is **GRANTED**, and the Plaintiff is entitled to judgment against the following Borrowers as follows:

(1)    The Plaintiff is hereby awarded against the Defendant Barron S. Wall the sum of Five Hundred and Fourteen Thousand Three Hundred and Thirty-Four Dollars and One Cent ($514,334.01), together with prejudgment interest of Fifteen Thousand Three Hundred and Forty Two Dollars and Ninety Cents ($15,342.90), calculated at a rate of $77.10 per diem from and after July 1, 2013 through the date of Judgment, and an award of attorney's fees in the amount of Forty Thousand Four Hundred and Ninety-One Dollars ($40,491.00);

(2)    The Plaintiff is hereby awarded against the Defendant Kevin J. Tracy the sum of Three Hundred and Ninety Thousand Eight Hundred and Seventy-Seven Dollars and Thirty-Seven Cents ($390,877.37), together with prejudgment interest of Eleven Thousand Four Hundred and Two Dollars and Seventy Cents ($11,402.70), calculated at a

rate of $57.30 per diem from and after July 1, 2013 through the date of Judgment, and an award of attorney's fees in the amount of Thirty One Thousand Four Hundred and Ninety-One Dollars ($31,491.00);

(3)   The Plaintiff is hereby awarded against the Defendant Anthony J. Barbieri the sum of Three Hundred and Ninety-One Thousand Two Hundred and Ninety-Two Dollars and Sixteen Cents ($391,292.16), together with prejudgment interest of Eleven Thousand and Fifty-Six Dollars and Forty-Four Cents ($11,056.44), calculated at a rate of $55.56 per diem from and after July 1, 2013 through the date of Judgment, and an award of attorney's fees in the amount of Thirty Thousand Nine Hundred and Fifty-Eight Dollars and Fifteen Cents ($30,958.15); and

(4)   The Plaintiff is hereby awarded against the Defendant Patricia M. Tracy the sum of Three Hundred and Fifty-Three Thousand Six Hundred and Four Dollars and Thirty-Three Cents ($353,604.33), together with prejudgment interest of Six Thousand Eight Hundred and Three Dollars and Eighty-One Cents ($6,803.81), calculated at a rate of Thirty-Four Dollars and Nineteen Cents ($34.19) per diem from and after July 1, 2013 through the date of Judgment, and an

award of attorney's fees in the amount of Thirty One Thousand Two Hundred Dollars ($31,200.00).

**IT IS SO ORDERED.** Signed: February 24, 2014

Martin Reidinger
United States District Judge